**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1249

Pontchartrain Natural Gas System, k/d/s Promix, L.L.C., and
Acadian Gas Pipeline System

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34265
Assumption Parish

On Application for Rehearing filed on 01/13/2021 by Texas Brine Company

Rehearing ___Denied___

_____
Allison H. Penzato

_____
Walter I. Lanier, III

Date ___FEB 1 0 2021___

_____
Rodd Naquin, Clerk